# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**EDWIN J. LATALLADI,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-821

[August 10, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case No. 50-2017-CF-008275-AXXX-MB.

Edwin J. Latalladi, Crawfordville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.  See Chapa v. State,* 159 So. 3d 361 (Fla. 4th DCA 2015).

KLINGENSMITH, C.J., CIKLIN and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***